ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-191 (DSD/SRN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF, | ) | |
| V. | ) | ENTRY OF DEFAULT |
| RODNEY JANSEN and STATE OF MINNESOTA, DEFENDANTS. | ) | |

It appearing that Rodney Jansen is in default for failure to file an answer to the Complaint for Interpleader or otherwise defend in this action;

Now, therefore, on application of the plaintiff, acting through its attorneys of record,

DEFAULT IS HEREBY ENTERED against Rodney Jansen this 18th day of April, 2001.

Deputy CLERK, UNITED STATES DISTRICT COURT

7