ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-191 (DSD/SRN)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RODNEY JANSEN and<br>STATE OF MINNESOTA,<br><br>Defendants. | DEFAULT JUDGMENT AND ORDER FOR TRANSFER OF FUNDS |

On April 18, 2001, the Clerk of Court entered default against Defendant Rodney Jansen based on the filed Declaration of Assistant United States Attorney Lizabeth A. McKibben, which was served upon Defendant Jansen.

The United States has now requested judgment be entered against Defendant Jansen. Defendant Jansen has executed a Consent to Default Judgment and Transfer of Funds, which has been filed in this action and by which he has consented to the entry of default judgment against him and to the transfer of the $17,000.00 held by the Internal Revenue Service to Defendant State of Minnesota.

The United States has also requested that the $17,000.00 seized from Defendant Jansen and being held by the Internal Revenue Service be transferred to Defendant State of Minnesota.



FILED 5/11/01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ACCORDINGLY, IT IS ORDERED that:

1. Default judgment is entered against Defendant Rodney Jansen;

2. The Internal Revenue Service shall transfer the $17,000.00 seized from Defendant Jansen to Defendant State of Minnesota; and

3. All parties to this action shall bear their own attorneys fees and other costs.

Dated: 5/11/01

DAVID S. DOTY, Senior Judge
United States District Court